# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| CHRISTINE SLOWINSKI and DAVID HAYES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLUETRITON BRANDS, INC.<br><br>Defendant. | Case No. 1:24-cv-00513<br><br>**NOTICE OF DISMISSAL** |

Plaintiff, CHRISTINE SLOWINSKI and DAVID HAYES, by and through their undersigned counsel, hereby dismisses the above-captioned proceeding against Defendant with prejudice as to Plaintiffs' individual claims and without prejudice as to the claims of the putative class members prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Defendants have not filed an answer or a motion for summary judgment.

By: /s/ Steven G. Perry
Attorney for Plaintiff
Law Offices of Todd M. Friedman, P.C.
707 Skokie Blvd., Suite 600
Northbrook, IL 60062
Phone: (224) 218-0875
Fax: (866) 633-0228
Steven.perry@toddflaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 30, 2024, a copy of the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ Steven G. Perry
Attorney for Plaintiff